No. 51655.—Protests 650659–G, etc., of B. F. Montague Co., Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was sustained.

BEFORE THE THIRD DIVISION, APRIL 9, 1947

No. 51656.—Protest 625845–G of Fujii Junichi Shoten, Ltd. (Honolulu).

Opinion by CLINE, J. It was stipulated that the bean flour is similar in all material respects to that the subject of *Togasaki* v. *United States* (23 C. C. P. A. 342, T. D. 48197). In accordance therewith the claim at 35 percent under paragraph 775 was sustained.

No. 51657.—Protests 36652–K, etc., of H. P. Lambert Co., Inc. (Boston).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

No. 51658.—Protest 113505–K of C. J. Tower & Sons (Buffalo).

Opinion by CLINE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the claim for free entry was sustained.

No. 51659.—Protest 124726–K/12837 of Cuneo Bros., Inc. (New Orleans).

Opinion by CLINE, J. From an examination of the papers the court was unable to find anything sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.